IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03128-RM-KLM

HEATHERDAWN GENTRY

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Notice of Settlement** [#21].

    IT IS HEREBY **ORDERED** that the Final Pretrial Conference set for December 6, 2019, at 1:30 p.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that the parties shall file dismissal papers on or before **September 16, 2019**.

    Dated:  July 22, 2019