**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-03128-RM-KLM

HEATHERDAWN GENTRY,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

## STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendant hereto, appearing herein through their respective undersigned counsel of record, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that the above-entitled action has been settled, and the parties hereby stipulate to its dismissal on its merits with prejudice, with each party to pay her or its own attorneys' fees and costs.

Dated: July 31, 2019.                               Respectfully submitted,

| | |
|---|---|
| *s/ Marwan R. Daher* | *s/ Louis Leonard Galvis* |
| Marwan R. Daher | Louis Leonard Galvis |
| Omar T. Sulaiman | SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC |
| SULAIMAN LAW GROUP, LTD. | |
| 2500 S. Highland Avenue, Suite 200 | 645 Stonington Lane |
| Lombard, IL  60148 | Fort Collins, CO  80525 |
| Telephone:  (630) 537-1770 | Telephone:  (970) 223-4420 |
| E-mail:  mdaher@sulaimanlaw.com | E-mail:  lgalvis@sessions.legal |
|     osulaiman@sulaimanlaw.com | |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant*** |

1